United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONY JAVIER MARTINEZ-SARRES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-25-5273 |
| | § | |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, | § | |
| | § | |
| Respondent. | § | |
| | § | |

### ORDER

Petitioner, Jony Javier Martinez-Sarres, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Houston Contract Facility in Houston, Texas. Through counsel, he filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, contending that immigration officials are applying the wrong statute to justify his continued detention. Doc. No. 1. Respondents have filed a motion to dismiss (Doc. No. 7), to which Petitioner has filed a response in opposition (Doc. No. 8).

Petitioner, a native of Honduras, does not dispute that he entered the United States without inspection. Doc. No. 8 at 1. He argues that he is entitled to a bond hearing under 8 U.S.C. § 1226(a), the statute permitting discretionary bond, and that he

has been erroneously categorized as a detainee subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Petitioner's claims rest on his statutory interpretation argument regarding 8 U.S.C. §§ 1225 and 1226, and such claims are foreclosed by the Fifth Circuit's decision in <u>Buenrostro-Mendez v. Bondi</u>, --- F.4th ----, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026).

Therefore, it is hereby

**ORDERED** that Petitioner's petition under 28 U.S.C. § 2241 is **DENIED**; it is further

**ORDERED** that the pending motion to dismiss (Doc. No. 7) is **GRANTED**, and it is

**ORDERED** that this case is **DISMISSED**.

The Clerk of Court will provide a copy of this Order to the parties.

SIGNED at Houston, Texas, on this 18TH day of February, 2026.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE